# United States District Court

SOUTHERN DISTRICT OF FLORIDA

SUSAN KAY SMART,

    Plaintiff,

        V.

HUMANA, INC.,

    Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 00-6140

CIV-UNGARO-BENAGES

MAGISTRATE JUDGE
BROWN

TO: (Name and address of defendant)

    Its President at:  500 W. Main St.
                        Louisville, KY 40202
    or  Its Registered Agent at:
        Corporation Service Company
        1201 Hays Street
        Tallahassee, FL 32301-2525

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Greg A. Lewen, Esquire, Miller, Schwartz & Miller, P.A., P.O. Box 7259, Hollywood, FL 33081-1259

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox
CLERK

JAN 2 8 2000
DATE

(BY) DEPUTY CLERK