```
FILED by ___CS___ D.C.
   FEB 22 2000
   CLARENCE MADDOX
   CLERK U.S. DIST. CT.
   S.D. OF FLA. - MIAMI
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 00-6140-CIV-UNGARO-BENAGES

SUSAN KAY SMART,
    Plaintiff,

vs.

HUMANA, INC.,
    Defendant.
_____/

**ORDER REQUIRING FILING**
**OF RICO CASE STATEMENT**

THIS CAUSE came before the Court *sua sponte*.

THE COURT has reviewed the file, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED insofar as Plaintiff alleges in her Complaint that Defendant violated the Racketeer Influenced and Corrupt Organization Act (RICO), 18 U.S.C. § 1961-1968, Plaintiff shall file and serve on Defendant a Civil RICO Case Statement fully comporting with S.D. Fla. Local Rule 12.1. It is further

ORDERED AND ADJUDGED that insofar as Local Rule 12.1 requires that all parties filing RICO claims file and serve a Civil RICO Case Statement within 30 days from the date the complaint was filed, Plaintiff shall file with the Court and serve on Defendant a Civil RICO Case Statement no later than 5:00 p.m., Monday, February 28, 2000.

DONE AND ORDERED in Chambers at Miami, Florida, this 22 day of February, 2000.

                                          URSULA UNGARO-BENAGES
                                          UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record

