

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION
Case No. 00-6140- CIV-Ungaro-Benages
Magistrate Judge Brown

SUSAN KAY SMART,

    Plaintiff,

v.

HUMANA INC.,

    Defendant.

_____/

### ORDER ON DEFENDANT'S UNOPPOSED MOTION TO FILE MOTION AND SUPPORTING MEMORANDUM OF LAW IN EXCESS OF PAGE LIMIT

UPON consideration of Defendant's Unopposed Motion to File Motion and Supporting Memorandum of Law in Excess of Page Limit, and the Court having reviewed the file and being fully advised, it is hereby:

ORDERED AND ADJUDGED that Defendant's Unopposed Motion to File Motion and Supporting Memorandum of Law in Excess of Page Limit is hereby GRANTED IN PART. Defendant shall have leave to file a Motion to Dismiss and Supporting Memorandum of Law not to exceed fifty (50) pages and a Reply Memorandum not to exceed twenty (20) pages, and Plaintiff shall have leave to file a Memorandum in Opposition to Defendant's Motion to Dismiss not to exceed fifty (50) ~~sixty (60)~~ pages.

DONE AND ORDERED in Chambers at Miami, Florida, this 28 day of February, 2000.

                            Ursula M. Ungaro-Benages
                            U.S. District Judge

Copies furnished to: All those on attached list
N:\PAS\humanageneral\smartorderexcessmot.wpd

1

Service List

James Fox Miller, Esquire
Charles Fox Miller, Esquire
Greg A. Lewen, Esquire
2435 Hollywood Boulevard
Hollywood, FL 33020
Tel:   954-924-0300
Fax:   954-924-0311

Peter A. Sachs, Esquire
JONES, FOSTER, JOHNSTON & STUBBS, P.A.
Attorneys for Defendant
505 South Flagler Drive, Suite 1100
Post Office Box 3475
West Palm Beach, Florida 33402-3475
Tel:   (561) 659-3000
Fax:   (561) 650-0422