FEB 2 8 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 00-6140-CIV-UNGARO-BENAGES

SUSAN KAY SMART,

    Plaintiff,

vs.

**ORDER REQUIRING**
**EXPEDITED RESPONSE**

HUMANA, INC.,

    Defendant.

_____/

THIS CAUSE came before the Court upon Defendant's Motion for Stay of Proceedings, filed February 23, 2000.

THE COURT has considered the Motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that shall Plaintiff shall file an expedited response with the Court to the above-referenced matter, **and deliver a copy to Chambers and serve Defendant with a copy, on or before Monday March 6, 2000 at 3:00 p.m.** Thereafter, Defendant's Reply shall be filed and served on Plaintiff no later than Tuesday, March 14, 2000.

DONE AND ORDERED in Chambers at Miami, Florida, this 28 day of February, 2000.

URSULA UNGARO-BENAGES
UNITED STATES DISTRICT JUDGE

copies provided via fax and mail:
counsel of record