UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6140-CIV-MORENO

SUSAN K. SMART,

    Plaintiff,

vs.

HUMANA, INC.,

    Defendant.
_____/



FILED by _____ D.C.

MAR 17 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

## ORDER DENYING DEFENDANT'S MOTION
## FOR TELEPHONIC STATUS CONFERENCE

THIS CAUSE came before the Court upon Defendant Humana's Motion for Telephonic Status Conference in Advance of March 29 Hearing Scheduled in *Price v. Humana* (D.E. No. 16), filed on **March 10, 2000**.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

ADJUDGED that in light of this Court canceling the above referenced hearing the motion is **DENIED** as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of March, 2000.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

COPIES PROVIDED TO ALL COUNSEL
ON ATTACHED SERVICE LIST

**SERVICE LIST**
Susan K. Smart v. Humana, Inc.
Case No.: 00-6140-CV-MORENO

| **Counsel for Plaintiff** | **Counsel for Defendant** |
|---|---|
| James F. Miller, Esq.<br>Charles F. Miller, Esq.<br>Greg A. Lewen, Esq.<br>MILLER, SCHWARTZ & MILLER, P.A.<br>P.O. Box 7259<br>Hollywood, FL 33081 | John H. Beisner, Esq.<br>Brian D. Boyle, Esq.<br>Brian Brooks, Esq.<br>Robert Eccles, Esq.<br>Ira H. Raphaelson, Esq.<br>John A. Rogovin, Esq.<br>*O'MELVENY & MYERS*<br>555 13th Street NW<br>Suite 500 West<br>Washington, DC 20004-1109<br><br>Peter Alan Sachs, Esq.<br>*JONES FOSTER JOHNSTON & STUBBS*<br>505 S Flagler Drive<br>Suite 1100 PO Box 3475<br>West Palm Beach, FL 33402-3475<br><br>Henry N. Adorno, Esq.<br>Raoul G. Cantero, III, Esq.<br>*ADORNO & ZEDER, P.A.*<br>2601 South Bayshore Drive, Suite 1600<br>Miami, FL 33133 |