**CLOSED CIVIL CASE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6140-CIV-MORENO

SUSAN K. SMART,

    Plaintiff,

vs.

HUMANA, INC.,

    Defendant.
_____/



FILED by    D.C.
MAR 3 0 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

### ORDER DISMISSING CASE WITHOUT PREJUDICE AND DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon the parties response to this Court's March 17, 2000 Rule to Show Cause.

THE COURT notes that the above-captioned matter involves the same parties and raises similar questions of law and fact as Case No. 99-8763-CIV-MORENO. Accordingly it is

ADJUDGED that this case is **DISMISSED** without prejudice, with leave to amend the Complaint in Case No. 99-8763-CIV-MORENO to assert all claims and defenses that were raised in the above-captioned case. Furthermore, it is

ADJUDGED that all pending motions are **DENIED** as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this 29th day of March, 2000.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

COPIES PROVIDED TO COUNSEL ON ATTACHED SERVICE LIST

## SERVICE LIST
### Susan K. Smart v. Humana, Inc.
### Case No.: 00-6140-CV-MORENO

| *Counsel for Plaintiff* | *Counsel for Defendant* |
|---|---|
| James F. Miller, Esq.<br>Charles F. Miller, Esq.<br>Greg A. Lewen, Esq.<br>MILLER, SCHWARTZ & MILLER, P.A.<br>P.O. Box 7259<br>Hollywood, FL 33081 | John H. Beisner, Esq.<br>Brian D. Boyle, Esq.<br>Brian Brooks, Esq.<br>Robert Eccles, Esq.<br>Ira H. Raphaelson, Esq.<br>John A. Rogovin, Esq.<br>**O'MELVENY & MYERS**<br>555 13th Street NW<br>Suite 500 West<br>Washington, DC 20004-1109<br><br>Peter Alan Sachs, Esq.<br>**JONES FOSTER JOHNSTON & STUBBS**<br>505 S Flagler Drive<br>Suite 1100 PO Box 3475<br>West Palm Beach, FL 33402-3475<br><br>Henry N. Adorno, Esq.<br>Raoul G. Cantero, III, Esq.<br>**ADORNO & ZEDER, P.A.**<br>2601 South Bayshore Drive, Suite 1600<br>Miami, FL 33133 |